**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

**CHRISTINE FRITCHIE,**

    **Plaintiff,**　　　　　　　　　　**CASE NO. 1:17-cv-00135-NDF**

vs.

**CAPITAL ONE BANK (USA) N.A.**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff Christine Fritchie notifies this Court that Plaintiff and Capital One Bank (USA) N.A. have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement, and stay all remaining discovery deadlines.

    Respectfully submitted the 18th day of May, 2018.

                                        By: *s/ Brett Cragun*
                                        Brett Cragun
                                        Attorney for Plaintiff
                                        Christine Fritchie

# CERTIFICATE OF SERVICE

I do hereby certify that on this the 18th day of May, 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Lance W. Lange
FAEGRE, BAKER DANIELS LLP
801 Grand Ave, 33rd Floor
Des Moines, IA 50309-8011
(515) 447-4725
E: lance.lange@faegrebd.com

Elizabeth J Carter
FAEGRE BAKER DANIELS LLP
801 Grand Avenue., 33rd Floor
Des Moines, IA 50309
(515) 447-4713
E: elizabeth.carter@faegrebd.com

Olivia Lucas
FAEGRE BAKER DANIELS LLP
1700 Lincoln Street
Suite 3200
Denver, CO 80203
(303) 607-3500
olivia.lucas@faegrebd.com

By: *s/ Brett Cragun*
Brett Cragun
Attorney for Plaintiff
Christine Fritchie