BRETT D. CRAGUN (Wyoming Bar No. 6-3377)
CRAGUN & CRAGUN
Mailing:
PO Box 160234
Clearfield, UT 84016
Phone: 801-450-3267
Fax: 801-513-2081
Email: brett@brettcragun.com
Attorney for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

| | |
|---|---|
| CHRISTINE FRITCHIE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　Defendants. | Case No: 1:17-CV-00135-NDF<br><br>*ELECTRONICALLY FILED* |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Christine Fritchie ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Lance W. Lange (with permission)* | */s/ Brett D. Cragun.* |
| Lance W. Lange | Brett D. Cragun |
| Olivia Lucas | CRAGUN & CRAGUN |
| Elizabeth Carter | PO Box 160234 |
| FAEGRE BAKER DANIELS LLP | Clearfield, UT 84016 |
| 801 Grand Avenue | Phone: 801-450-3267 |
| 33rd Floor | Fax: 801-513-2081 |
| Des Moines, IA 50309 | Email: brett@brettcragun.com |
| Telephone: (515) 447-4725 | COUNSEL FOR PLAINTIFF |
| lance.lange@faegrebd.com | |
| Olivia.lucas@faegrebd.com | |
| Elizabeth.carter@faebrebd.com | |
| COUNSEL FOR DEFENDANT | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 17th day of July, 2018, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify the following:

Lance W. Lange
Lance.lange@faegrebd.com

Olivia Lucas
Olivia.lucas@faegrebd.com

Elizabeth J. Carter
Elizabeth.carter@faebrebd.com

                                */s/ Brett D. Cragun*
                                Brett D. Cragun
                                Counsel for Plaintiff