IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2018 JUL 19  AM 11: 15
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| CHRISTINE FRITCHIE, | |
| Plaintiff, | |
| vs. | Case No: 17-CV-135-F |
| CAPITAL ONE BANK (USA), NA, | |
| Defendant. | |

**ORDER ON STIPULATION OF DISMISSAL**

This matter is before the Court on the parties' Stipulation of Dismissal. The Court recognizes that Court approval is not required for a dismissal under Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). However, for purposes of the record, the Court will enter an order dismissing this case.

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE. All parties shall bear their own costs.

Dated this __19__ day of July, 2018.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE